UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60301-CIV-DIMITROULEAS/SNOW

GUCCI AMERICA, INC.,

Plaintiff,

vs.

HOTSALEHANDBAGS.CO.UK, *et al.*,

Defendants.
_______________________________________/

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Final Default Judgment Against Defendants (the "Motion") [DE 29], filed herein on May 6, 2016. The Court granted the Motion in an Order entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that Final Default Judgment is hereby entered against Defendants, the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants") as follows:

(1) Permanent Injunctive Relief:

Defendants and their officers, agents, representatives, servants, employees and attorneys, and all persons in active concert and participation with Defendants are hereby permanently restrained and enjoined from:

a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing Plaintiff's trademarks identified in Paragraph 18 of the Complaint (the "Gucci Marks");

b. using the Gucci Marks in connection with the sale of any unauthorized goods;

c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants offered for sale or sold via the domain names identified on Schedule "A" hereto (collectively the "Subject Domain Names") and/or any other website, domain name, or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

d. falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants offered for sale or sold via the Subject Domain Names and/or any other website, domain name, or business, are in any way endorsed by, approved by, and/or associated with Plaintiff;

f. using any reproduction, counterfeit, copy, or colorable imitation of the Gucci Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants via the Subject Domain Names, and/or any other website, domain name, or business;

g. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants via the Subject Domain Names and/or any other website, domain name, or business, as being those of Plaintiff or in any way endorsed by Plaintiff;

h. otherwise unfairly competing with Plaintiff;

i. using the Gucci Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants, including the Internet websites operating under all of the Subject Domain Names; and

j. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) Additional Equitable Relief:

a. In order to give practical effect to the Permanent Injunction, the Subject Domain Names are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the

Registrars to Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiff's control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiff's choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiff; and

b. Upon Plaintiff's request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registry which links the Subject Domain Names to the IP addresses where the associated websites are hosted.

(3) Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(c):

a. Award Plaintiff damages of $100,000.00 against each Defendant, for which let execution issue;

(4) Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(d) are determined to be:

a. $20,000.00 against Defendant 1 – hotsalehandbags.co.uk, for the Subject Domain Names guccireplicahandbags.co.uk and replicagucci.co.uk, for which let execution issue.

(5) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(6) The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk.

(7) The Court retains jurisdiction to enforce this Judgment and permanent injunction.

(8) Plaintiff is ordered to serve a copy of this Order upon Defendants (a) via e-mail to the e-mail addresses provided by Defendants (i) as part of the domain registration data for each of their respective domain names, including service via registrar for each of the Subject Domain Names, and/or (ii) directly on the Internet websites operating under the corresponding Subject Domain Names, including customer

service e-mail addresses and onsite contact forms; and (b) via publication by posting a true and accurate copy of the foregoing on the website http://servingnotice.com/Gosfdl/index.html.

(9) The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 23rd day of May 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME**

| Defendant Number | Subject Domain Name |
|---|---|
| 1 | hotsalehandbags.co.uk |
| 1 | replicabagsforsale.co.uk |
| 1 | ukhandbagsonline.co.uk |
| 1 | cheapbagsonsale.co.uk |
| 1 | guccireplicahandbags.co.uk |
| 1 | hotsalereplicahandbags.co.uk |
| 1 | replicabagshandbags.co.uk |
| 1 | replicagucci.co.uk |
| 1 | replicahandbagse.co.uk |
| 1 | yezong.co.uk |
| 2 | allseasonscovers.com |
| 2 | mioam.org |
| 2 | janup11.com |
| 3 | bagsbrandstore.com |
| 3 | black68.net |
| 4 | essenceofluxury.cn |
| 4 | zhuanfa116.cn |
| 4 | myserverdns.cn |
| 5 | goodreplicashandbag.com |
| 5 | onlinereplicabag.com |
| 5 | hopebags.net |
| 5 | rpjs2.com |
| 6 | handbagsvalley.com |
| 6 | designerhandbagsoutletuk.com |
| 6 | luxuryhandbagsuk.com |
| 7 | shoesfactoryoutlet.cn |
| 7 | partyfreakz.pw |